1   **WO**

2

3

4

5

6                     **IN THE UNITED STATES DISTRICT COURT**

7                         **FOR THE DISTRICT OF ARIZONA**

8

9   United States of America,                          No.  CR-16-50268-PHX-GMS

10                      Plaintiff,

11  v.                                                 **DETENTION ORDER**

12  Troy Nelson Holmes,

13                      Defendant.

14

15         On December 21, 2016, defendant, Troy Nelson Holmes appeared before this

16  Court on a petition for revocation of supervised release.  The Court considered the

17  information provided to the Court, and the arguments of counsel in determining whether

18  the defendant should be released on conditions set by the Court.

19         The Court finds that the defendant, having previously been convicted and placed

20  on supervised release, and having appeared before the Court in connection with a petition

21  to revoke his supervised release, has failed to establish by clear and convincing evidence

22  that he is not likely to flee or pose a danger to the safety of the community if released

23  pursuant to Rule 46(d), and Rule 32.1(a)(6), Federal Rules of Criminal Procedure, and 18

24  U.S.C. § 3143.

25         IT IS THEREFORE ORDERED that defendant be detained pending further

26  proceedings.

27         Dated this 21st day of December, 2016.

28

                                                    _____
                                                    David K. Duncan
                                                    United States Magistrate Judge